IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **CRIMINAL NO. 1:11-CR-113** |
| | : | |
| v. | : | (Chief Judge Conner) |
| | : | |
| **SUSAN OSAGIEDE** | : | |

## ORDER

AND NOW, this 6th day of January, 2015, upon consideration of the *pro se* motion (Doc. 389) by Susan Osagiede ("Osagiede") asking the court to set aside its December 19, 2014, order (Doc. 388) denying Osagiede's motion to vacate, set aside, or correct sentence pursuant to 28 U.S.C. § 2255, wherein the court concluded that the appellate waiver contained in Osagiede's plea agreement was knowing and voluntary, and precludes her from seeking relief pursuant to 28 U.S.C. § 2255, (see id.), and it appearing that Osagiede intended to file a supplemental brief in support of her motion in addition to the motion and brief filed on December 18, 2014, and the court reaffirming its holding that Osagiede knowingly and voluntarily waived

her right to collaterally attack her sentence, it is hereby ORDERED that her motion (Doc. 389) for reconsideration is DENIED.[1]

      /S/ CHRISTOPHER C. CONNER
      Christopher C. Conner, Chief Judge
      United States District Court
      Middle District of Pennsylvania

---

[1] Osagiede also contends that the court's explanation for its decision "was a singular sentence in that it agreed with the Government's opposition." (Doc. 389 at 1). Contrary to Osagiede's assertion, the court undertook an exhaustive review and recitation of the relevant portions of Osagiede's change of plea proceeding, during which Osagiede expressed a knowing and voluntary acceptance of the appellate waiver. (See Doc. 388 at 2 n.1). Moreover, the government has not yet filed, nor has it been ordered to file, an opposition brief. Osagiede's attempts to undermine the court's *ratio decidendi* thus are meritless.